# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| VDPP, LLC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 4:23-cv-03210 |
| | ) |
| RICOH USA, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |
| | ) |

## **DEFENDANT'S MOTION TO DISMISS**

Defendant Ricoh USA, Inc., by and through its undersigned attorneys, respectfully moves to dismiss Plaintiff VDPP LLC's Complaint for Patent Infringement (D.I. 1) pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in the Opening Brief in Support which is being filed contemporaneously herewith.

Dated: November 27, 2023

Respectfully submitted,

By: */s/ Andy Tindel*
Andy Tindel
Texas State Bar No. 20054500
Southern District Bar No. 8015
MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Tel: (903) 596-0900
Fax: (903) 596-0909
Email: atindel@andytindel.com

Donald R. McPhail
Attorney-in-Charge
(motion for *Pro Hac Vice* to be filed)
OBLON, MCLELLAND, MAIER & NEUSTADT LLP
1940 Duke Street
Alexandria, VA 22314
dmcphail@oblon.com
Telephone: 703-413-3000
Facsimile: 703-413-2220

***Attorneys for Defendant Ricoh USA, Inc.***

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this 27th day of November, 2023, with a copy of the foregoing via CM/ECF filing.

*/s/ Andy Tindel*
Andy Tindel