# EXHIBIT A-1

CLOSED,MEDIATION−CJB,PATENT

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:17−cv−01275−LPS

| | |
|---|---|
| Visual Effect Innovations, LLC v. LG Electronics U.S.A., Inc. | Date Filed: 09/06/2017 |
| Assigned to: Judge Leonard P. Stark | Date Terminated: 12/11/2018 |
| Lead case: 1:18−cv−00687−LPS | Jury Demand: Plaintiff |
| Member case: (View Member Case) | Nature of Suit: 830 Patent |
| Related Cases: 1:18−cv−00687−LPS | Jurisdiction: Federal Question |
|                 1:17−cv−01276−LPS | |
| Cause: 35:271 Patent Infringement | |

**Plaintiff**

**Visual Effect Innovations, LLC**     represented by     **Stamatios Stamoulis**
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999−1540
Email: stamoulis@swdelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles P. Goodwin**
Email: cgoodwin@ndgallilaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicole D. Galli**
Email: ndgalli@ndgallilaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Charles Weinblatt**
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
302−999−1540
Email: weinblatt@swdelaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG Electronics U.S.A., Inc.**     represented by     **Karen L. Pascale**
Young, Conaway, Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571−6600
Email: kpascale@ycst.com
*ATTORNEY TO BE NOTICED*

**R. Tyler Goodwyn , IV**
Email: tyler.goodwyn@dentons.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Renzo N. Rocchegiani**
Email: renzo.rocchegiani@dentons.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LG Electronics Inc.**          represented by   **Karen L. Pascale**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/06/2017 | 1 | COMPLAINT FOR PATENT INFRINGEMENT filed with Jury Demand against LG Electronics U.S.A., Inc. – Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number 0311–2218711.) – filed by Visual Effect Innovations, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Civil Cover Sheet)(nmfn) (Entered: 09/07/2017) |
| 09/06/2017 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (nmfn) (Entered: 09/07/2017) |
| 09/06/2017 | 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 9,699,444 B2; 9,716,874 B2; 7,030,902 B2. (nmfn) (Entered: 09/07/2017) |
| 09/06/2017 | 4 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Monument Patent Holdings, LLC for Visual Effect Innovations, LLC filed by Visual Effect Innovations, LLC. (nmfn) (Entered: 09/07/2017) |
| 09/07/2017 |   | Summons Issued with Magistrate Consent Notice attached as to LG Electronics U.S.A., Inc. on 9/7/2017. Requesting party or attorney should pick up issued summons at the Help Desk, Room 4209, or call 302–573–6170 and ask the Clerk to mail the summons to them. (nmfn) (Entered: 09/07/2017) |
| 09/07/2017 | 5 | SUMMONS Returned Executed by Visual Effect Innovations, LLC. LG Electronics U.S.A., Inc. served on 9/7/2017, answer due 9/28/2017. (Stamoulis, Stamatios) (Entered: 09/07/2017) |
| 09/13/2017 |   | Case Assigned to Judge Leonard P. Stark. Please include the initials of the Judge (LPS) after the case number on all documents filed. Associated Cases: 1:17–cv–01275–LPS, 1:17–cv–01276–LPS (rjb) (Entered: 09/13/2017) |
| 09/14/2017 | 6 | ORAL REFERRAL ORDER: This case will be governed by Judge Stark's Revised Procedures for Managing Patent Cases (see www.ded.uscourts.gov). In accordance with the Revised Procedures, IT IS HEREBY ORDERED that: 1. any and all matters relating to scheduling, including entry of a Scheduling Order, are referred to Magistrate Judge Burke; 2. any and all motions to dismiss, stay, and/or transfer venue, relating to all or any part of the case, whenever such motions may be filed, are referred to Judge Burke for disposition or report and recommendation, to the full extent permitted by the Constitution, statute, and rule; and 3. within seven (7) days of the date of this Referral Order, the plaintiff(s) shall file the Procedures Order, which is found on Judge Stark's website (see www.ded.uscourts.gov). ORDERED by Judge Leonard P. Stark on 9/14/17. Associated Cases: 1:17–cv–01275–LPS, 1:17–cv–01276–LPS (ntl) (Entered: 09/14/2017) |
| 09/26/2017 | 7 | MOTION for Pro Hac Vice Appearance of Attorney Ryan E. Hatch – filed by Visual Effect Innovations, LLC. (Stamoulis, Stamatios) (Entered: 09/26/2017) |
| 09/27/2017 | 8 | MOTION for Extension of Time to File Answer – filed by Visual Effect Innovations, LLC. (Stamoulis, Stamatios) (Entered: 09/27/2017) |
| 09/28/2017 |   | SO ORDERED D.I. 8 MOTION for Extension of Time to File Answer to October 30 filed by Visual Effect Innovations, LLC. Signed by Judge Christopher J. Burke on 9/28/2017. (dlb) (Entered: 09/28/2017) |
| 09/28/2017 |   | SO ORDERED D.I. (9 in 1:17–cv–01276–LPS–CJB) MOTION for Pro Hac Vice Appearance of Attorney Ryan E. Hatch filed by Visual Effect Innovations, LLC, (7 in 1:17–cv–01275–LPS–CJB) MOTION for Pro Hac Vice Appearance of Attorney Ryan E. Hatch filed by Visual Effect Innovations, LLC, (8 in 1:17–cv–01276–LPS–CJB) MOTION for Pro Hac Vice Appearance of Attorney Gregory S. Gewirtz, Attorney Andrew T. Lane and Attorney Daniel P. Laine filed by Sony Electronics Inc.. Ordered by Judge Christopher J. Burke on 9/28/2017. Associated Cases: 1:17–cv–01276–LPS–CJB, 1:17–cv–01275–LPS–CJB(dlb) (Entered: 09/28/2017) |

| | | |
|---|---|---|
| 10/30/2017 | 9 | ANSWER to 1 Complaint, with Jury Demand by LG Electronics U.S.A., Inc..(Pascale, Karen) (Entered: 10/30/2017) |
| 10/30/2017 | 10 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent LG Electronics, Inc. for LG Electronics U.S.A., Inc. filed by LG Electronics U.S.A., Inc.. (Pascale, Karen) (Entered: 10/30/2017) |
| 10/30/2017 | 11 | MOTION for Pro Hac Vice Appearance of Attorney R. Tyler Goodwyn IV and Attorney Renzo N. Rocchegiani – filed by LG Electronics U.S.A., Inc.. (Pascale, Karen) (Entered: 10/30/2017) |
| 10/31/2017 | | ORAL ORDER: IT IS HEREBY ORDERED that the parties shall meet and confer and discuss, in person and/or by telephone, each of the matters listed on Chief Judge Stark's Case Management Checklist ("Checklist"). Within thirty (30) days from the date of this Order, the parties shall jointly file the following: (i) a copy of the "Checklist" indicating the names of Lead Counsel and Delaware Counsel for each party; (ii) a proposed Scheduling Order (consistent with the Chief Judge Stark's Revised Patent Form Scheduling Order); and (iii) a letter, not to exceed three pages, that contains the following: (a) a description of what this case is about; (b) the parties' positions regarding the disputes in the proposed Scheduling Order, and (c) a list of the three most significant topics (other than Scheduling Order disputes) discussed during the parties' review of the Checklist items, along with a brief description as to what was discussed as to those topics. Thereafter, the Court will schedule an in−person Case Management Conference/Rule 16 Scheduling Conference to be held with Judge Stark and/or Judge Burke. The Checklist and Revised Patent Form Scheduling Order can be found on this Court's website (www.ded.uscourts.gov/judge/chief−judge−leonard−p−stark). Ordered by Judge Christopher J. Burke on 10/31/2017. (dlb) (Entered: 10/31/2017) |
| 10/31/2017 | | SO ORDERED D.I. 11 MOTION for Pro Hac Vice Appearance of Attorney R. Tyler Goodwyn IV and Attorney Renzo N. Rocchegiani filed by LG Electronics U.S.A., Inc. Ordered by Judge Christopher J. Burke on 10/31/2017. (dlb) (Entered: 10/31/2017) |
| 11/01/2017 | | Pro Hac Vice Attorney Renzo N. Rocchegiani for LG Electronics U.S.A., Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (nmg) (Entered: 11/01/2017) |
| 11/01/2017 | | Pro Hac Vice Attorney R. Tyler Goodwyn, IV for LG Electronics U.S.A., Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (nmg) (Entered: 11/01/2017) |
| 11/30/2017 | 12 | Letter to The Honorable Christopher J. Burke from Parties regarding Scheduling Order. (Attachments: # 1 Checklist, # 2 Proposed Scheduling Order, # 3 Proposed Schedule (Chart))(Weinblatt, Richard) (Entered: 11/30/2017) |
| 12/04/2017 | | ORAL ORDER Setting Case Management/Scheduling Conference: A Case Management/Scheduling Conference is set for 1/16/2018 at 01:30 PM in Courtroom 2A before Judge Christopher J. Burke. Ordered by Judge Christopher J. Burke on 12/4/2017. (dlb) (Entered: 12/04/2017) |
| 01/16/2018 | | Minute Entry for proceedings held before Judge Christopher J. Burke – Case Management/Scheduling Conference held on 1/16/2018. The Court discussed the parties disputes regarding the schedule and asked the parties to further meet and confer in this regard. The Court gave the parties key dates for scheduling and asked counsel for Plaintiff to submit a joint revised Proposed Scheduling Order by close of business on 1/19/2018. (Clerk, D. Benyo) APPEARANCES: S. Stamoulis for Plaintiff; K. Pascale, R.T. Goodwyn for Defendant (Court Reporter Brian Gaffigan) (dlb) (Entered: 01/16/2018) |
| 01/19/2018 | 13 | Official Transcript of Case Management Conference held on January 16, 2018 before Judge Christopher J. Burke. Court Reporter Brian Gaffigan, Telephone (302) 573−6360. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 2/9/2018. Redacted Transcript Deadline set for 2/20/2018. Release of Transcript Restriction set for 4/19/2018. (bpg) (Entered: 01/19/2018) |
| 01/19/2018 | 14 | Joint PROPOSED ORDER Regarding Case Scheduling by Visual Effect Innovations, LLC. (Attachments: # 1 Exhibit A)(Stamoulis, Stamatios) (Main Document 14 replaced on 1/22/2018) (dlb). (Attachment 1 replaced on 1/22/2018) (dlb). (Entered: 01/19/2018) |
| 01/22/2018 | 15 | SCHEDULING ORDER: Joinder of Parties due by 8/3/2018. Amended Pleadings due by 8/3/2018. Fact Discovery completed by 4/12/2019. Opening Expert Reports due by 5/3/2019. |

| | | |
|---|---|---|
| | | Rebuttal Expert Reports due by 6/3/2019. Expert Discovery due by 7/19/2019. Status Report due by 11/30/2018. Tutorial on the technology due by 9/28/2018. Dispositive Motions due by 7/26/2019. Answering Brief due 8/12/2019. Reply Brief due 8/19/2019. A Motion Hearing is set for 9/3/2019 at 03:00 PM in Courtroom 6B before Judge Leonard P. Stark Claim Construction Opening Brief due by 10/5/2018. Claim Construction Answering Brief due by 10/26/2018. A Markman Hearing is set for 11/5/2018 at 01:00 PM in Courtroom 6B before Judge Leonard P. Stark. A Pretrial Conference is set for 11/8/2019 at 11:30 AM in Courtroom 6B before Judge Leonard P. Stark. A Jury Trial is set for 12/9/2019 at 09:30 AM in Courtroom 6B before Judge Leonard P. Stark. Signed by Judge Christopher J. Burke on 1/22/2018. (dlb) (Entered: 01/22/2018) |
| 01/22/2018 | | CASE REFERRED to Magistrate Judge Burke for Mediation. Please see Standing Order dated January 20, 2016, regarding disclosure of confidential ADR communications. A link to the standing order is provided here for your convenience at http://www.ded.uscourts.gov/general−orders/magistrate−judges−standing−order−adr−mediation (dlb) (Entered: 01/23/2018) |
| 01/25/2018 | 16 | ORDER Setting Mediation Conference: A Telephone Conference is set for 3/5/2018 at 12:00 PM before Judge Christopher J. Burke to discuss ADR. Signed by Judge Christopher J. Burke on 1/25/2018. (dlb) (Entered: 01/25/2018) |
| 01/30/2018 | 17 | MOTION for Pro Hac Vice Appearance of Attorney Nicole D. Galli and Charles P. Goodwin − filed by Visual Effect Innovations, LLC. (Stamoulis, Stamatios) (Entered: 01/30/2018) |
| 02/07/2018 | | SO ORDERED D.I. (18 in 1:17−cv−01276−LPS−CJB) MOTION for Pro Hac Vice Appearance of Attorney Nicole D. Galli and Charles P. Goodwin filed by Visual Effect Innovations, LLC,and (17 in 1:17−cv−01275−LPS−CJB) MOTION for Pro Hac Vice Appearance of Attorney Nicole D. Galli and Charles P. Goodwin filed by Visual Effect Innovations, LLC. Ordered by Judge Christopher J. Burke on 2/7/2018. Associated Cases: 1:17−cv−01276−LPS−CJB, 1:17−cv−01275−LPS−CJB(dlb) (Entered: 02/07/2018) |
| 02/08/2018 | 18 | NOTICE of Withdrawal of Counsel by Visual Effect Innovations, LLC (Stamoulis, Stamatios) (Entered: 02/08/2018) |
| 02/09/2018 | | Pro Hac Vice Attorney Charles P. Goodwin and Nicole D. Galli for Visual Effect Innovations, LLC added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Associated Cases: 1:17−cv−01276−LPS−CJB, 1:17−cv−01275−LPS−CJB(nmg) (Entered: 02/09/2018) |
| 02/16/2018 | 19 | NOTICE OF SERVICE of LG Electronics U.S.A. Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and Section 3 of the Court's Default Standard for Discovery Including Discovery of Electronically Stored Information filed by LG Electronics U.S.A., Inc..(Pascale, Karen) (Entered: 02/16/2018) |
| 02/16/2018 | 20 | NOTICE OF SERVICE of Initial Disclosures filed by Visual Effect Innovations, LLC.(Stamoulis, Stamatios) (Entered: 02/16/2018) |
| 02/20/2018 | 21 | MOTION for Extension of Time to *File Proposed Protective Order and [Proposed] Order* − filed by Visual Effect Innovations, LLC. (Weinblatt, Richard) (Entered: 02/20/2018) |
| 02/21/2018 | | SO ORDERED D.I. 21 MOTION for Extension of Time to *File Proposed Protective Order and [Proposed] Order* filed by Visual Effect Innovations, LLC. Ordered by Judge Christopher J. Burke on 2/21/2018. (dlb) (Entered: 02/21/2018) |
| 02/28/2018 | 22 | PROPOSED ORDER Protective Order by Visual Effect Innovations, LLC. (Stamoulis, Stamatios) (Entered: 02/28/2018) |
| 03/01/2018 | | SO ORDERED D.I. 22 Proposed Protective Order filed by Visual Effect Innovations, LLC. Signed by Judge Christopher J. Burke on 3/1/2018. (dlb) (Entered: 03/01/2018) |
| 03/26/2018 | 23 | NOTICE OF SERVICE of Defendant's core technical documents and sales figures pursuant to Paragraph 7(b) of the Scheduling Order filed by LG Electronics U.S.A., Inc..(Pascale, Karen) (Entered: 03/26/2018) |
| 05/04/2018 | 24 | NOTICE OF SERVICE of LG Electronics U.S.A. Inc.s Initial Invalidity Contentions, filed by LG Electronics U.S.A., Inc..(Pascale, Karen) (Entered: 05/04/2018) |

| Date | # | Description |
|---|---|---|
| 05/07/2018 | | CORRECTING ENTRY: The Amended Complaint filed at D.I. 25 was removed from the docket per request of counsel. (ntl) (Entered: 05/07/2018) |
| 07/06/2018 | 25 | Joint MOTION to Consolidate Cases *and to Adopt Proposed Case Schedule* – filed by LG Electronics Inc., LG Electronics U.S.A., Inc.. (Attachments: # 1 Text of Proposed Order)(Pascale, Karen) (Entered: 07/06/2018) |
| 08/03/2018 | 26 | ORDER granting consolidation of Civil Action Nos. 17−1275−LPS−CJB and 18−687−LPS−CJB. Civil Action No. 18−687−LPS−CJB shall be designated as the Lead Case and all future documents shall be filed in the lead case only. The Schedule (attached as Exhibit A) is adopted for the consolidated lead case 18−687−LPS−CJB and shall replace the case events in in member case 17−1275−LPS−CJB. See SCHEDULING ORDER for further details and deadlines: Joinder of Parties due by 12/21/2018., Amended Pleadings due by 12/21/2018., Fact Discovery completed by 12/20/2019., Expert Discovery due by 4/3/2020., Status Report due by 4/18/2019., Dispositive Motions due by 4/20/2020., A Motion Hearing is set for 6/23/2020 at 11:00 AM in Courtroom 6B before Judge Leonard P. Stark, A Markman Hearing is set for 7/1/2019 at 01:00 PM in Courtroom 6B before Judge Leonard P. Stark. As the pre−trial conference and trial dates are to be determined, the parties will need to engage the District Court as those deadlines approach to determine the sequence for pre−trial and trial. Signed by Judge Christopher J. Burke on 8/3/2018. Associated Cases: 1:17−cv−01275−LPS−CJB, 1:18−cv−00687−LPS−CJB(dlb) (Entered: 08/03/2018) |
| 10/09/2018 | 27 | NOTICE OF SERVICE of Second Supplemental Initial Disclosures filed by Visual Effect Innovations, LLC.(Stamoulis, Stamatios) (Entered: 10/09/2018) |
| 12/11/2018 | 28 | STIPULATION of Dismissal (CASE CLOSED). (ntl) (Entered: 12/11/2018) |