# EXHIBIT A-2

Case 4:23-cv-03210   Document 15-3   Filed on 11/27/23 in TXSD   Page 1 of 4

ACCO,(SHKx),AO120,CLOSED,DISCOVERY,MANADR,PPP,STAYED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division – Riverside)
### CIVIL DOCKET FOR CASE #: 5:19−cv−02019−JVS−SHK

| | |
|---|---|
| VDPP LLC v. TTE Technology, Inc.<br>Assigned to: Judge James V. Selna<br>Referred to: Magistrate Judge Shashi H. Kewalramani<br>Cause: 35:271 Patent Infringement | Date Filed: 10/22/2019<br>Date Terminated: 04/03/2020<br>Jury Demand: Plaintiff<br>Nature of Suit: 830 Patent<br>Jurisdiction: Federal Question |

**Plaintiff**

**VDPP LLC**  represented by  **Marc E. Hankin**
*an Oregon limited liability company*  
Hankin Patent Law APC
12400 Wilshire Boulevard Suite 1265
Los Angeles, CA 90024
310−979−3600
Fax: 310−979−3603
Email: marc@hankinpatentlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anooj Mayur Patel**
Hankin Paten Law APC
12400 Wilshire Boulevard Suite 1265
Los Angeles, CA 90025
310−979−3600
Fax: 310−979−3603
Email: anooj@hankinpatentlaw.com
*ATTORNEY TO BE NOTICED*

**Matthew M. Wawrzyn**
Wawrzyn LLC
2700 Patriot Boulevard Suite 250
Glenview, IL 60026
847−274−9844
Email: matt@wawrzynlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**TTE Technology, Inc.**  represented by  **Robert J. Benson**
*doing business as*
TCL USA
Orrick Herrington and Sutcliffe LLP
2050 Main Street Suite 1100
Irvine, CA 92614
949−852−7705
Fax: 949−567−6710
Email: rbenson@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2019 | 1 | COMPLAINT Receipt No: 0973−24645309 − Fee: $400, filed by Plaintiff VDPP LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6) (Attorney Marc E Hankin added to party VDPP LLC(pty:pla))(Hankin, Marc) (Entered: 10/22/2019) |

| | | |
|---|---|---|
| 10/22/2019 | 2 | CIVIL COVER SHEET filed by Plaintiff VDPP LLC. (Hankin, Marc) (Entered: 10/22/2019) |
| 10/22/2019 | 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff VDPP LLC. (Hankin, Marc) (Entered: 10/22/2019) |
| 10/22/2019 | 4 | NOTICE of Interested Parties filed by Plaintiff VDPP LLC, (Hankin, Marc) (Entered: 10/22/2019) |
| 10/22/2019 | 5 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by VDPP LLC. (Hankin, Marc) (Entered: 10/22/2019) |
| 10/24/2019 | 6 | NOTICE OF ASSIGNMENT to District Judge Stephen V. Wilson and Magistrate Judge Shashi H. Kewalramani. (lh) (Entered: 10/24/2019) |
| 10/24/2019 | 7 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (lh) (Entered: 10/24/2019) |
| 10/24/2019 | 8 | NOTICE OF DEFICIENCIES in Request to Issue Summons RE: Summons Request 3 . The following error(s) was found: The date and signature line must be left blank. The summons cannot be issued until this defect has been corrected. Please correct the defect and re–file your request. (lh) (Entered: 10/24/2019) |
| 10/24/2019 | 9 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non–Resident Attorney Matthew M. Wawrzyn. A document recently filed in this case lists you as an out–of–state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G–64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (lh) (Entered: 10/24/2019) |
| 10/24/2019 | 10 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff VDPP LLC. (Hankin, Marc) (Entered: 10/24/2019) |
| 10/25/2019 | 11 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to defendant TTE Technology, Inc. (mrgo) (Entered: 10/25/2019) |
| 10/25/2019 | 12 | ORDER TO TRANSFER CASE TO THE PATENT PILOT PROGRAM by Judge Stephen V. Wilson. Case transferred from Judge Stephen V. Wilson to Judge S. James Otero for all further proceedings. Case number now reads 5:19–cv–02019 SJO(SHKx). (rn) (Entered: 10/25/2019) |
| 10/28/2019 | 13 | APPLICATION of Non–Resident Attorney Matthew M. Wawrzyn to Appear Pro Hac Vice on behalf of Plaintiff VDPP LLC (Pro Hac Vice Fee – $400 Fee Paid, Receipt No. 0973–24682101) filed by Plaintiff VDPP LLC. (Attachments: # 1 Proposed Order Granting Application) (Hankin, Marc) (Entered: 10/28/2019) |
| 11/08/2019 | 14 | NOTICE of Appearance filed by attorney Robert J Benson on behalf of Defendant TTE Technology, Inc. (Attorney Robert J Benson added to party TTE Technology, Inc.(pty:dft))(Benson, Robert) (Entered: 11/08/2019) |
| 11/08/2019 | 15 | STIPULATION Extending Time to Answer the complaint as to All Defendants, re Complaint (Attorney Civil Case Opening), 1 filed by Defendant TTE Technology, Inc.. (Attachments: # 1 Proposed Order)(Benson, Robert) (Entered: 11/08/2019) |
| 11/15/2019 | 16 | INITIAL STANDING ORDER upon filing of the complaint by Judge S. James Otero. (vcr) (Entered: 11/15/2019) |
| 11/15/2019 | 17 | ORDER GRANTING APPLICATION of Non–Resident Attorney Matthew M. Wawrzyn to Appear Pro Hac Vice on behalf of Plaintiff VDPP LLC and designating March E Hankin as local counsel 13 by Judge S. James Otero (lc) (Entered: 11/15/2019) |
| 11/19/2019 | 18 | ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO DECEMBER 16, 2019 15 by Judge S. James Otero |

| | | |
|---|---|---|
| | | (lc) (Entered: 11/19/2019) |
| 12/11/2019 | 19 | STIPULATION Extending Time to Answer the complaint as to re Complaint (Attorney Civil Case Opening), 1 filed by Defendant TTE Technology, Inc.. (Attachments: # 1 Proposed Order)(Benson, Robert) (Entered: 12/11/2019) |
| 12/12/2019 | 20 | ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TORESPOND TO JANUARY 15, 2020 19 by Judge S. James Otero (lc) (Entered: 12/13/2019) |
| 01/07/2020 | 21 | STIPULATION Extending Time to Answer the complaint as to TTE Technology, Inc. answer now due 2/14/2020, re Complaint (Attorney Civil Case Opening), 1 filed by Defendant TTE Technology, Inc.. (Attachments: # 1 Proposed Order)(Benson, Robert) (Entered: 01/07/2020) |
| 01/08/2020 | 22 | ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO FEBRUARY 14, 2020 21 by Judge S. James Otero (lc) (Entered: 01/08/2020) |
| 02/07/2020 | 23 | Joint STIPULATION for Extension of Time to File Response as to Complaint (Attorney Civil Case Opening), 1 filed by Defendant TTE Technology, Inc.. (Attachments: # 1 Proposed Order Granting Extension of Time for Defendant to Respond)(Benson, Robert) (Entered: 02/07/2020) |
| 02/10/2020 | 24 | ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND 23 by Judge S. James Otero. IT IS HEREBY ORDERED that Defendant shall respond to the Complaint on or by March 15, 2020. (lom) (Entered: 02/10/2020) |
| 03/16/2020 | 25 | STIPULATION to Stay Case pending Completion and Execution of a Formal Settlement Agreement and Submission of Dismissal Papers filed by Plaintiff VDPP LLC. (Attachments: # 1 Proposed Order Granting Stipulation For Stay)(Hankin, Marc) (Entered: 03/16/2020) |
| 03/16/2020 | 26 | AMENDED DOCUMENT filed by Plaintiff VDPP LLC. Amendment to Stipulation to Stay Case 25 , *correcting omission in Proposed Order* (Attachments: # 1 Proposed Order Granting Stipulation)(Hankin, Marc) (Entered: 03/16/2020) |
| 03/18/2020 | 27 | ORDER TO STAY ALL DEADLINES AND EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIALCOMPLAINT 25 by Judge S. James Otero: All deadlines are stayed as noted herein for thirty (30) days. Plaintiff shall file a dismissal under FRCP 41(a) or the Defendant TTE Technology, Inc. shall file a responsive pleading on or before April 14 9, 2020. (lc) (Entered: 03/18/2020) |
| 03/19/2020 | 28 | SCHEDULING NOTICE by Judge S. James Otero re: Order Extending Answer Due Deadline. The Court clarifies ECF No. 27 and notes that deadlines are stayed until April 9, 2020 (not 30 days), as noted in the Order. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vcr) TEXT ONLY ENTRY (Entered: 03/19/2020) |
| 04/02/2020 | 29 | ORDER OF THE CHIEF JUDGE (#20–056) approved by Judge Virginia A. Phillips. IT IS ORDERED, with the concurrence of the Case Management andAssignment Committee, that the following cases be reassigned from the calendar ofJudge S. James Otero to the calendar of Judge James V. Selna for all furtherproceedings: The case number will now reflect the initials of the transferee Judge 5:19–cv–02019 JVS (SHKx). (esa) (Entered: 04/03/2020) |
| 04/03/2020 | 30 | NOTICE of Voluntary Dismissal filed by Plaintiff VDPP LLC. Dismissal is with Prejudice. (Hankin, Marc) (Entered: 04/03/2020) |