# EXHIBIT A-3

ADRMOP,AO279,CLOSED,CONSENT

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:19–cv–04597–LB

VDPP LLC v. Facebook Technologies, LLC
Assigned to: Magistrate Judge Laurel Beeler
Relate Case Case: 3:19–cv–04571–LB
Cause: 35:271 Patent Infringement

Date Filed: 08/08/2019
Date Terminated: 05/11/2020
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**VDPP LLC**	represented by	**Todd Christopher Atkins**
Atkins &Davidson, APC
2261 Rutherford Road
Carlsbad, CA 92008
(619) 665–3476
Email: tatkins@atkinsdavidson.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Facebook Technologies, LLC**	represented by	**Heidi Lyn Keefe**
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
650–843–5000
Fax: 650–857–0663
Email: hkeefe@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark R. Weinstein**
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304–1130
650–843–5000
Fax: 650–857–0663
Email: mweinstein@cooley.com
*ATTORNEY TO BE NOTICED*

**Patrick Warren Lauppe**
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
650–843–5000
Fax: 650–849–7400
Email: plauppe@cooley.com
*ATTORNEY TO BE NOTICED*

**Phillip Edward Morton**
Cooley LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004
202–842–7800
Fax: 202–842–7899
Email: pmorton@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter−claimant**

| | | |
|---|---|---|
| **Facebook Technologies, LLC** | represented by | **Heidi Lyn Keefe** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Mark R. Weinstein** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Patrick Warren Lauppe** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Phillip Edward Morton** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

V.

**Counter−defendant**

| | | |
|---|---|---|
| **VDPP LLC** | represented by | **Todd Christopher Atkins** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/08/2019 | 1 | COMPLAINT against Facebook Technologies, LLC ( Filing fee $ 400, receipt number 0971−13592731.). Filed byVDPP LLC. (Attachments: # 1 Civil Cover Sheet)(Atkins, Todd) (Filed on 8/8/2019) (Entered: 08/08/2019) |
| 08/08/2019 | 2 | Rule 7.1 Disclosures by VDPP LLC (Atkins, Todd) (Filed on 8/8/2019) (Entered: 08/08/2019) |
| 08/08/2019 | 3 | Certificate of Interested Entities by VDPP LLC (Atkins, Todd) (Filed on 8/8/2019) (Entered: 08/08/2019) |
| 08/08/2019 | 4 | REPORT on the filing or determination of an action regarding *Patent* (cc: form mailed to register). (Atkins, Todd) (Filed on 8/8/2019) (Entered: 08/08/2019) |
| 08/08/2019 | 5 | Proposed Summons. (Atkins, Todd) (Filed on 8/8/2019) (Entered: 08/08/2019) |
| 08/08/2019 | 6 | Case assigned to Judge James Donato. <br><br> Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. <br><br> Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5−1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (as, COURT STAFF) (Filed on 8/8/2019) (Entered: 08/08/2019) |
| 08/08/2019 | 7 | **Initial Case Management Scheduling Order with ADR Deadlines: Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Case Management Statement due by 10/31/2019. Initial Case Management Conference set for 11/7/2019 10:00 AM. (Attachments: # 1 Notice of Eligibility for Video Recording)(hdjS, COURT STAFF) (Filed on 8/8/2019) (Entered: 08/09/2019)** |

| | | |
|---|---|---|
| 08/09/2019 | 8 | Summons Issued as to Facebook Technologies, LLC. (hdjS, COURT STAFF) (Filed on 8/9/2019) (Entered: 08/09/2019) |
| 08/09/2019 | 9 | REPORT on the filing of an action regarding Patent (cc: Register of Patents and Trademarks). (Attachments: # 1 cmp)(hdjS, COURT STAFF) (Filed on 8/9/2019) (Entered: 08/09/2019) |
| 08/20/2019 | 10 | NOTICE of Pendency of Other Action Involving Same Patent by VDPP LLC (Atkins, Todd) (Filed on 8/20/2019) (Entered: 08/20/2019) |
| 08/21/2019 | 11 | **ORDER, Case Reassigned to Magistrate Judge Laurel Beeler for all further proceedings. Judge James Donato no longer assigned to the case.. Signed by The Clerk on 8/21/19. (haS, COURT STAFF) (Filed on 8/21/2019) (Entered: 08/21/2019)** |
| 08/21/2019 | 12 | CLERK'S NOTICE ON REASSIGNMENT. You are noticed that the Court has scheduled an Initial Case Management Conference before Judge Laurel Beeler upon reassignment. For a copy of Judge Laurel Beeler's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.<br><br>Initial Case Management Conference set for 11/7/2019 at 11:00 AM in San Francisco, Courtroom B, 15th Floor. Case Management Statement due by 10/31/2019.<br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ejkS, COURT STAFF) (Filed on 8/21/2019) (Entered: 08/21/2019) |
| 08/21/2019 | 13 | CLERK'S NOTICE Re: Consent or Declination: Plaintiffs shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. **Consent/Declination due by 9/4/2019**. (ejkS, COURT STAFF) (Filed on 8/21/2019) (Entered: 08/21/2019) |
| 09/05/2019 | 14 | CLERK'S SECOND NOTICE Re: Consent or Declination: Plaintiff shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. **Consent/Declination due by 9/19/2019**. (ejkS, COURT STAFF) (Filed on 9/5/2019) (Entered: 09/05/2019) |
| 09/11/2019 | 15 | NOTICE of Appearance by Heidi Lyn Keefe *for Defendant Facebook Technologies, LLC* (Keefe, Heidi) (Filed on 9/11/2019) (Entered: 09/11/2019) |
| 09/11/2019 | 16 | STIPULATION *to Extend Time for Defendant to Respond to Complaint Under Local rule 6−1(a)* filed by Facebook Technologies, LLC. (Keefe, Heidi) (Filed on 9/11/2019) (Entered: 09/11/2019) |
| 09/11/2019 | 17 | NOTICE of Appearance by Philip H Mao *for Defendant Facebook Technologies, LLC* (Mao, Philip) (Filed on 9/11/2019) (Entered: 09/11/2019) |
| 09/11/2019 | 18 | CLERK'S NOTICE Re: Consent or Declination: Plaintiffs/Defendants shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. **Consent/Declination due by 9/25/2019**. (ejkS, COURT STAFF) (Filed on 9/11/2019) (Entered: 09/11/2019) |
| 09/11/2019 | 19 | NOTICE of Appearance by Patrick Warren Lauppe *on behalf of Facebook Technologies LLC* (Lauppe, Patrick) (Filed on 9/11/2019) (Entered: 09/11/2019) |
| 09/16/2019 | 20 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Facebook Technologies, LLC.. (Keefe, Heidi) (Filed on 9/16/2019) (Entered: 09/16/2019) |
| 09/30/2019 | 21 | CLERK'S THIRD NOTICE Re: Consent or Declination: Plaintiffs shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. **Consent/Declination due by 10/15/2019**. (ejkS, COURT STAFF) (Filed on 9/30/2019) (Entered: 09/30/2019) |

| | | |
|---|---|---|
| 09/30/2019 | 22 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by VDPP LLC.. (Atkins, Todd) (Filed on 9/30/2019) (Entered: 09/30/2019) |
| 10/08/2019 | 23 | MOTION for leave to appear in Pro Hac Vice *of Phillip E. Morgon* ( Filing fee $ 310, receipt number 0971−13774879.) filed by Facebook Technologies, LLC. (Attachments: # 1 DC Bar Certificate of Good Standing)(Morton, Phillip) (Filed on 10/8/2019) (Entered: 10/08/2019) |
| 10/09/2019 | 24 | **Order by Magistrate Judge Laurel Beeler granting 23 Motion for Pro Hac Vice. Attorney Phillip E. Morton representing Defendant Facebook Technologies, LLC. (ejkS, COURT STAFF) (Filed on 10/9/2019) (Entered: 10/09/2019)** |
| 10/11/2019 | 25 | ANSWER to Complaint with Jury Demand , COUNTERCLAIM against VDPP LLC byFacebook Technologies, LLC. (Keefe, Heidi) (Filed on 10/11/2019) (Entered: 10/11/2019) |
| 10/11/2019 | 26 | Certificate of Interested Entities by Facebook Technologies, LLC identifying Corporate Parent Facebook Inc. for Facebook Technologies, LLC. (Keefe, Heidi) (Filed on 10/11/2019) (Entered: 10/11/2019) |
| 10/11/2019 | 27 | Rule 7.1 Disclosures by Facebook Technologies, LLC identifying Corporate Parent Facebook Inc. for Facebook Technologies, LLC. (Keefe, Heidi) (Filed on 10/11/2019) (Entered: 10/11/2019) |
| 10/17/2019 | 28 | CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE TIME: Initial Case Management Conference set for 11/7/2019 at 11:00 AM is reset to **9:30 AM** in San Francisco, Courtroom B, 15th Floor. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ejkS, COURT STAFF) (Filed on 10/17/2019) (Entered: 10/17/2019) |
| 10/24/2019 | 29 | ANSWER TO COUNTERCLAIM byVDPP LLC. (Atkins, Todd) (Filed on 10/24/2019) (Entered: 10/24/2019) |
| 10/29/2019 | 30 | ADR Clerks Notice re: Non−Compliance with Court Order. The parties have failed to file an ADR Certification as required by the Initial Case Management Scheduling Order. Counsel shall comply promptly with the requirements of ADR L.R. 3−5(b) and shall file the ADR Certification. *(This is a text−only entry generated by the court. There is no document associated with this entry.)*(cmf, COURT STAFF) (Filed on 10/29/2019) (Entered: 10/29/2019) |
| 10/29/2019 | 31 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options *for Facebook Technologies, LLC* (Keefe, Heidi) (Filed on 10/29/2019) (Entered: 10/29/2019) |
| 10/30/2019 | 32 | NOTICE of Appearance by Mark R. Weinstein *on behalf of Facebook Technologies, LLC* (Weinstein, Mark) (Filed on 10/30/2019) (Entered: 10/30/2019) |
| 10/30/2019 | 33 | CASE MANAGEMENT STATEMENT *(Initial Joint)* filed by Facebook Technologies, LLC. (Keefe, Heidi) (Filed on 10/30/2019) (Entered: 10/30/2019) |
| 10/31/2019 | 34 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971−13843248.) filed by VDPP LLC. (Atkins, Todd) (Filed on 10/31/2019) (Entered: 10/31/2019) |
| 10/31/2019 | 35 | MOTION to Appear by Telephone *at CMC* filed by VDPP LLC. (Atkins, Todd) (Filed on 10/31/2019) (Entered: 10/31/2019) |
| 10/31/2019 | 36 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Atkins, Todd) (Filed on 10/31/2019) (Entered: 10/31/2019) |
| 10/31/2019 | 37 | **Order by Magistrate Judge Laurel Beeler granting 34 Motion for Pro Hac Vice. Attorney Matthew Michael Wawrzyn representing Plaintiffs. (ejkS, COURT STAFF) (Filed on 10/31/2019) (Entered: 10/31/2019)** |
| 10/31/2019 | 38 | **Order by Magistrate Judge Laurel Beeler granting 35 Motion to Appear by Telephone. Parties are to make arrangements through CourtCall. (ejkS, COURT STAFF) (Filed on 10/31/2019) (Entered: 10/31/2019)** |
| 11/06/2019 | 39 | **ORDER VACATING CASE−MANAGEMENT CONFERENCE; NOTICE OF PENDING REASSIGNMENT. As discussed in more detail in the attached order, pursuant to Patent Local Rule 2−1, this case may need to be reassigned. In light** |

| | | |
|---|---|---|
| | | of this, the court vacates the case−management conference set for November 7, 2019. The court plans to reassign the case to the Honorable Lucy H. Koh but invites the parties to submit by November 7 any views they might have in advance of the pending reassignment. Signed by Judge Laurel Beeler on November 6, 2019. (lblc1S, COURT STAFF) (Filed on 11/6/2019) (Entered: 11/06/2019) |
| 11/07/2019 | 40 | RESPONSE re 39 Order,,, Terminate Deadlines and Hearings,, *Re Notice of Pending Reassignment* by Facebook Technologies, LLC. (Keefe, Heidi) (Filed on 11/7/2019) (Entered: 11/07/2019) |
| 11/08/2019 | 41 | **ORDER RE PENDING REASSIGNMENT. The court thanks the defendant for its response, ECF No. 40 . The court will refrain from reassigning the case until at least November 13, 2019 and asks the parties to submit by November 12, 2019 any additional views or updates they might have. Signed by Judge Laurel Beeler on November 8, 2019.** *(This is a text−only entry generated by the court. There is no document associated with this entry.)* **(lblc1S, COURT STAFF) (Filed on 11/8/2019) (Entered: 11/08/2019)** |
| 11/12/2019 | 42 | RESPONSE re 41 Order, *Re Pending Reassignment* by Facebook Technologies, LLC. (Keefe, Heidi) (Filed on 11/12/2019) (Entered: 11/12/2019) |
| 11/13/2019 | 43 | **ORDER RE RELATED CASE. The court thanks the defendant for its further update, ECF No. 42 . The court will refrain from reassigning this case pending a determination of whether the related case** *VDPP LLC v. ACER America Corp.***, No. 19−cv−4571, will be reassigned back to the undersigned. Signed by Judge Laurel Beeler on November 13, 2019.** *(This is a text−only entry generated by the court. There is no document associated with this entry.)* **(lblc1S, COURT STAFF) (Filed on 11/13/2019) (Entered: 11/13/2019)** |
| 11/14/2019 | 44 | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE: Initial Case Management Conference set for 1/16/2020 at 11:00 AM in San Francisco, Courtroom B, 15th Floor. Case Management Statement due by 1/9/2020. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ejkS, COURT STAFF) (Filed on 11/14/2019) (Entered: 11/14/2019) |
| 11/14/2019 | 45 | CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE: Initial Case Management Conference previously set for 1/16/2020 is reset to **12/19/2019 at 11:00 AM** in San Francisco, Courtroom B, 15th Floor. Case Management Statement due by 12/12/2019.<br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ejkS, COURT STAFF) (Filed on 11/14/2019) (Entered: 11/14/2019) |
| 12/04/2019 | 46 | STIPULATION WITH PROPOSED ORDER filed by VDPP LLC. (Atkins, Todd) (Filed on 12/4/2019) (Entered: 12/04/2019) |
| 12/05/2019 | 47 | **Order by Magistrate Judge Laurel Beeler granting 46 Stipulation to Continue Case Management Conference.**<br><br>Initial Case Management Conference previously set for 12/19/2019 is reset to 1/23/2020 at 11:00 AM in San Francisco, Courtroom B, 15th Floor. Case Management Statement due by 1/16/2020.<br>(ejkS, COURT STAFF) (Filed on 12/5/2019) (Entered: 12/05/2019) |
| 01/16/2020 | 48 | AMENDED INITIAL JOINT CASE MANAGEMENT STATEMENT filed by VDPP LLC. (Atkins, Todd) (Filed on 1/16/2020) Modified on 1/16/2020 (gbaS, COURT STAFF). (Entered: 01/16/2020) |
| 01/21/2020 | 49 | CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE TIME: Initial Case Management Conference set for 1/23/2020 at 11:00 AM is reset to **9:30 AM** in San Francisco, Courtroom B, 15th Floor. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ejkS, COURT STAFF) (Filed on 1/21/2020) (Entered: 01/21/2020) |
| 01/21/2020 | 50 | MOTION to Appear by Telephone *at CMC* filed by VDPP LLC. (Atkins, Todd) (Filed on 1/21/2020) (Entered: 01/21/2020) |
| 01/22/2020 | 51 | **Order, signed 1/22/2020, by Magistrate Judge Laurel Beeler granting 50 Motion to Appear by Telephone for Matt Wawrzyn on 1/23/2020 at 9:30 AM.** |

| | | |
|---|---|---|
| | | Please make arrangements through CourtCall.(klhS, COURT STAFF) (Filed on 1/22/2020) (Entered: 01/22/2020) |
| 01/23/2020 | 52 | **Minute Entry for proceedings held before Magistrate Judge Laurel Beeler: Initial Case Management Conference held on 1/23/2020. Scheduling order to issue. (Not Reported).**<br><br>Plaintiff's Attorney (Phone): Matthew Wawrzyn.<br>Defendant's Attorneys: Philip Mao, Mark Weinstein and Patrick Lauppe.<br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ejkS, COURT STAFF) (Date Filed: 1/23/2020) (Entered: 01/27/2020) |
| 01/23/2020 | 53 | **CASE MANAGEMENT AND PRETRIAL PATENT ORDER (JURY):**<br><br>Last day to exchange initial disclosures due 2/6/2020.<br>Last day to serve Disclosure of Asserted Claims and Infringement Contentions and accompanying document production (see Patent L.R. 3−1, 3−2): 2/6/2020.<br>Last day to serve Invalidity Contentions and accompanying document production (see Patent L.R. 3−3, 3−4): 2/6/2020.<br>Exchange Proposed Terms and Claim Elements for Construction (see Patent L.R. 4−1(a)): 4/6/2020.<br>Exchange initial privilege logs: Parties to confer.<br>Meet and confer regarding Proposed Terms and Claim Elements for Construction (see Patent L.R. 4−1(b)): 4/20/2020.<br>Simultaneously exchange Preliminary Claim Constructions and Extrinsic Evidence (see Patent L.R. 4−2): 4/27/2020.<br>ADR completion date due 4/23/2020.<br>Updated Joint Case−Management Conference Statement due 4/16/2020; Further Case−Management Conference: 4/23/2020 at 11:00 a.m.<br>Meet and confer regarding Joint Claim Construction and Prehearing Statement (see Patent L.R. 4−2(c)): 5/10/2020.<br>Plaintiffs Damages Contentions (see Patent L.R. 3−8): 5/12/2020.<br>File Joint Claim Construction and Prehearing Statement (see Patent L.R. 4−3): 5/22/2020.<br>Responsive Damages Contentions (see Patent L.R. 3−9): 6/11/2020.<br>Last day to complete claim construction discovery (see Patent L.R. 4−4): 6/22/2020.<br>File opening claim−construction brief (see Patent L.R. 4−5(a)): 7/6/2020.<br>File responsive claim−construction brief (see Patent L.R. 4−5(b)): 7/27/2020.<br>File reply claim−construction brief (see Patent L.R. 4−5(c)): 8/10/2020.<br>Markman tutorial and Claim−construction hearing (see Patent L.R. 4−6): 8/24/2020 at 9:30 a.m.<br>Updated Case−Management Conference statement: 10/22/2020; Further Case−Management Conference: 10/26/2020 at 11:00 a.m.<br>Signed by Judge Laurel Beeler on 01/23/2020. (ejkS, COURT STAFF) (Filed on 1/23/2020) (Entered: 02/04/2020) |
| 02/06/2020 | 54 | **\*\*\* DISREGARD − FILED IN ERROR. HEARING TRANSCRIPT IS NOT AVAILABLE \*\*\***<br>TRANSCRIPT ORDER for proceedings held on 01/23/2020 before Magistrate Judge Laurel Beeler by Facebook Technologies, LLC, for Court Reporter FTR − San Francisco. (Keefe, Heidi) (Filed on 2/6/2020) Modified on 2/6/2020 (rjdS, COURT STAFF). (Entered: 02/06/2020) |
| 02/06/2020 | 55 | STIPULATION WITH PROPOSED ORDER to Amend Scheduling Order filed by VDPP LLC. (Atkins, Todd) (Filed on 2/6/2020) Modified on 2/10/2020 (gbaS, COURT STAFF). (Entered: 02/06/2020) |
| 02/07/2020 | 56 | **Order by Magistrate Judge Laurel Beeler granting 55 Stipulation to Amend Scheduling Order.**<br><br>Last day to serve Disclosure of Asserted Claims and Infringement Contentions and accompanying document production (see Patent L.R. 3−1, 3−2): 3/12/2020.<br>Last day to serve Invalidity Contentions and accompanying document production (see Patent L.R. 3−3, 3−4): 4/27/2020.<br>Exchange Proposed Terms and Claim Elements for Construction (see Patent L.R. |

| | | |
|---|---|---|
| | | 4–1(a)): 5/11/2020.<br>Simultaneously exchange Preliminary Claim Constructions and Extrinsic Evidence (see Patent L.R. 4–2): 6/1/2020.<br>Plaintiffs Damages Contentions (see Patent L.R. 3–8): 6/16/2020.<br>File Joint Claim Construction and Prehearing Statement (see Patent L.R. 4–3): 6/26/2020.<br>Responsive Damages Contentions (see Patent L.R. 3–9): 7/16/2020.<br>Last day to complete claim construction discovery (see Patent L.R. 4–4): 7/27/2020.<br>File opening claim−construction brief (see Patent L.R. 4–5(a)): 8/10/2020.<br>File responsive claim−construction brief (see Patent L.R. 4–5(b)): 8/31/2020.<br>File reply claim−construction brief (see Patent L.R. 4–5(c)): 9/14/2020.<br>Markman tutorial and Claim−construction hearing (see Patent L.R. 4–6): 10/5/2020 at 9:30 a.m.<br>(ejkS, COURT STAFF) (Filed on 2/7/2020) (Entered: 02/07/2020) |
| 02/11/2020 | 57 | STIPULATED PROTECTIVE ORDER filed by Facebook Technologies, LLC. (Keefe, Heidi) (Filed on 2/11/2020) Modified on 2/11/2020 (gbaS, COURT STAFF). (Entered: 02/11/2020) |
| 02/11/2020 | 58 | STIPULATION WITH PROPOSED ORDER GOVERNING THE PRODUCTION OF ELECTRONICALLY STORED INFORMATION filed by Facebook Technologies, LLC. (Keefe, Heidi) (Filed on 2/11/2020) Modified on 2/11/2020 (gbaS, COURT STAFF). (Entered: 02/11/2020) |
| 02/13/2020 | 59 | **Order by Magistrate Judge Laurel Beeler granting 57 Stipulated Protective Order. (ejkS, COURT STAFF) (Filed on 2/13/2020) (Entered: 02/13/2020)** |
| 02/13/2020 | 60 | **Order by Magistrate Judge Laurel Beeler granting 58 Stipulation Governing the Production of Electronically Stored Information. (ejkS, COURT STAFF) (Filed on 2/13/2020) (Entered: 02/13/2020)** |
| 03/18/2020 | 61 | CLERK'S NOTICE RE: CASE MANAGEMENT CONFERENCE / MOTION HEARING: Through at least May 1, 2020, the court (under the new General Orders 72 and 73, available at *https://cand.uscourts.gov/notices/information−regarding−covid−19*) will not have any in−person civil case−management conferences or civil−motions hearings and instead will have telephonic appearances or decide the matters on the papers. For now, the court is converting all appearances to telephone appearances but may on a case−by−case basis take things off calendar. For motions hearings, the court is open to hearings by Skype for Business or Google Hangouts (and may be able to use Zoom eventually). Telephonic appearances generally are by CourtCall, but the court also circulates the following conference number, which can accommodate up to 200 people and allow the equivalent of a public hearing by telephone:<br><br>Dial In: 877−336−1839<br>Access Code: 8191201#<br>Security Code: 200423#<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ejkS, COURT STAFF) (Filed on 3/18/2020) (Entered: 03/18/2020) |
| 03/19/2020 | 62 | CLERK'S NOTICE RE: UPDATED CALL−IN INFORMATION FOR CMC/MOTION HEARING: The court circulates the following conference number to allow the equivalent of a public hearing by telephone:<br><br>Dial In: 877−336−1839<br>Access Code: 8191201#<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ejkS, COURT STAFF) (Filed on 3/19/2020) (Entered: 03/19/2020) |
| 03/20/2020 | 63 | STIPULATION WITH PROPOSED ORDER to Amend Scheduling Order filed by Facebook Technologies, LLC. (Attachments: # 1 Declaration Phillip E. Morton)(Keefe, Heidi) (Filed on 3/20/2020) Modified on 3/23/2020 (gbaS, COURT STAFF). (Entered: 03/20/2020) |

| | | |
|---|---|---|
| 03/23/2020 | 64 | **Order by Magistrate Judge Laurel Beeler granting 63 Stipulation to Amend Scheduling Order.** <br><br> Last day to serve Invalidity Contentions and accompanying document production (see Patent L.R. 3–3, 3–4): 5/27/2020. <br> Exchange Proposed Terms and Claim Elements for Construction (see Patent L.R. 4–1(a)): 6/3/2020. <br> Simultaneously exchange Preliminary Claim Constructions and Extrinsic Evidence (see Patent L.R. 4–2): 6/17/2020. <br> Plaintiffs Damages Contentions (see Patent L.R. 3–8): 6/16/2020. <br> File Joint Claim Construction and Prehearing Statement (see Patent L.R. 4–3): 6/26/2020. <br> Responsive Damages Contentions (see Patent L.R. 3–9): 7/27/2020. <br> Last day to complete claim construction discovery (see Patent L.R. 4–4): 7/27/2020. <br> File opening claim–construction brief (see Patent L.R. 4–5(a)): 8/10/2020. <br> File responsive claim–construction brief (see Patent L.R. 4–5(b)): 8/31/2020. <br> File reply claim–construction brief (see Patent L.R. 4–5(c)): 9/14/2020. <br> Markman tutorial and Claim–construction hearing (see Patent L.R. 4–6): 10/5/2020 at 9:30 a.m. <br> (ejkS, COURT STAFF) (Filed on 3/23/2020) (Entered: 03/23/2020) |
| 04/03/2020 | 65 | CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE TIME: Further Case Management Conference set for 4/23/2020 at 11:00 AM is reset to **9:30 AM**. <br><br> Dial In: 877–336–1839 <br> Access Code: 8191201# <br><br> *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (ejkS, COURT STAFF) (Filed on 4/3/2020) (Entered: 04/03/2020) |
| 04/06/2020 | 66 | Joint Discovery Letter Brief *re Infringement Contentions* filed by Facebook Technologies, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Keefe, Heidi) (Filed on 4/6/2020) (Entered: 04/06/2020) |
| 04/07/2020 | 67 | NOTICE of Change In Counsel by Heidi Lyn Keefe (Keefe, Heidi) (Filed on 4/7/2020) (Entered: 04/07/2020) |
| 04/16/2020 | 68 | CASE MANAGEMENT STATEMENT *(UPDATED JOINT)* filed by Facebook Technologies, LLC. (Keefe, Heidi) (Filed on 4/16/2020) (Entered: 04/16/2020) |
| 04/21/2020 | | Set Deadlines/Hearings: Markman tutorial and Claim–construction hearing (see Patent L.R. 4–6) previously set for 10/5/2020 is reset to **10/8/2020 at 9:30 a.m**. in San Francisco, Courtroom B, 15th Floor. (ejkS, COURT STAFF) (Filed on 4/21/2020) (Entered: 04/21/2020) |
| 04/23/2020 | 69 | **Minute Entry for proceedings held before Magistrate Judge Laurel Beeler: Further Case Management Conference held telephonically on 4/23/2020. Matters are argued, submitted and taken under submission. (Not Reported).** <br><br> Plaintiff's Attorney: Matt Morrison. <br> Defendant's Attorneys: Heidi Lyn Keefe, Patrick Lauppe and Phillip Morton. <br> *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (ejkS, COURT STAFF) (Date Filed: 4/23/2020) (Entered: 04/23/2020) |
| 04/23/2020 | 70 | Notice of List of Cases in support of Motion to Strike VDPP LLC's Infringement Contentions filed by Facebook Technologies, LLC. (Lauppe, Patrick) (Filed on 4/23/2020) Modified on 4/27/2020 (gbaS, COURT STAFF). (Entered: 04/23/2020) |
| 04/24/2020 | 71 | STIPULATION WITH PROPOSED ORDER *re Settlement in Principle* filed by VDPP LLC. (Atkins, Todd) (Filed on 4/24/2020) (Entered: 04/24/2020) |
| 04/24/2020 | 72 | **Order finding as moot 66 Discovery Letter Brief entered by Magistrate Judge Laurel Beeler.** |

| | | |
|---|---|---|
| | | The court terminates the pending discovery letter brief as moot. If somehow the case does not settle, the parties can raise the issue again by filing a one–page letter brief that cross references the earlier letter. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (Entered: 04/24/2020) |
| 04/24/2020 | 73 | **Order granting 71 Stipulation entered by Magistrate Judge Laurel Beeler. (Entered: 04/24/2020)** |
| 05/08/2020 | 74 | STIPULATION WITH PROPOSED ORDER *JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE* filed by Facebook Technologies, LLC. (Keefe, Heidi) (Filed on 5/8/2020) (Entered: 05/08/2020) |
| 05/11/2020 | 75 | **Order by Magistrate Judge Laurel Beeler granting 74 Stipulation for Dismissal with Prejudice.(ejkS, COURT STAFF) (Filed on 5/11/2020) (Entered: 05/11/2020)** |