# EXHIBIT A-4

FREE SHIPPING AND RETURNS ON ALL META DEVICES!

☰  ∞ Meta

< Back to Quest Legal

QUEST

# Patents

The following Oculus products are protected by patents in the U.S. and elsewhere.

- Rift: U.S. Patent No. 9,063,330. Additional patents may be pending in the U.S and elsewhere.
- Remote: Patents may be pending in the U.S and elsewhere.
- Sensor: Patents may be pending in the U.S and elsewhere.

KEEP YOUR EXPERIENCE UP TO DATE

Get news and updates from Meta

Sign Up

By signing up you agree to receive updates and marketing messages (e.g. email, social, etc.) from Meta about Meta's existing and future products and services.

You may withdraw your consent and unsubscribe at any time by clicking the unsubscribe link included in our messages.

Your subscription is subject to the Terms and Privacy Policy.

∞ Meta

Site terms and policies

Community standards

Privacy policy

Terms

Cookie policy

Virtual reality

Smart glasses

Support and legal

Our actions

About us

Our community

App support

United States (English)

META QUEST

Meta Quest: *Parents:* Important guidance & safety warnings for children's use here. Meta accounts for ages 10+ on Meta Quest 2 and 3; all other Meta Quest headsets for ages 13+. Certain apps, games and experiences may be suitable for a more mature audience. META QUEST FEATURES, FUNCTIONALITY, AND CONTENT NOTICE: Features, functionality and content are subject to change or withdrawal at any time, may not be available in all areas or languages or may be restricted; may require enabled software or service activation, and additional terms, conditions and/or charges may apply.

Certain apps and experiences will be available by winter 2023.

META QUEST IMPORTANT SAFETY NOTICE https://www.oculus.com/quest-2/removable-facial-interface-alert.

Financing Options. You may be offered financing options for your Meta purchases. Learn more here.

*Based on the graphic performance of the Qualcomm Snapdragon XR2 Gen 2 vs XR2 Gen 1 on Meta Quest 2

**See child safety guidance online at meta.com/quest/parent-info; Meta accounts for 10+. Terms apply.

RAY-BAN | META SMART GLASSES

Ray-Ban Meta smart glasses require a mobile phone with Android (location services enabled) or iOS operating system, wireless internet access, and account registration. Not compatible with all smartphones. Ray-Ban Meta smart glasses only available in select countries. Features, functionality and content are subject to change or withdrawal at any time. Please visit https://www.meta.com/smart-glasses/#faq for the most up-to-date information. For ages 13 and up only. This product may interfere with personal medical devices. Requires updates to be installed from time to time, including prior to first use. While using Ray-Ban Meta smart glasses, it is always the user's responsibility to comply with any local laws and regulations, especially those relating to privacy and the use of recording devices. Additional account registration, terms and fees may apply.

‡EXTENDED HOLIDAY RETURNS

Extended Holiday Return Period: Products ordered November 1, 2023 through January 1, 2024 on meta.com are eligible to be returned through January 31, 2024. Return requests must be completed by end of day January 31, 2024 (local time) to be eligible. Excludes gift card purchases. Standard return terms otherwise apply, see our Terms of Sale for more information.

©2023 Meta.